**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos URQUHART, Defendant—
Appellant.**

No. 08–1788.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2008.

Filed: May 7, 2008.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

Angela Sue Jegley, Assistant U.S. Attorney, Michael D. Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Carlos Urquhart, Forrest City, AR, pro se.

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

PER CURIAM.

Carlos Urquhart appeals from the district court's [1] denial of his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 706 to the United States Sentencing Guidelines Manual (U.S.S.G.), which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

Appellant is ineligible for any relief under the new retroactive amendments because his original sentence of 120 months was imposed pursuant to the mandatory minimum provision of 21 U.S.C. § 841. *See United States v. Jones,* 523 F.3d 881 (8th Cir.2008) (per curiam). Accordingly, we summarily affirm the district court and deny the motion for appointment of counsel.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.